ET AL.; and DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, DEPARTMENT OF LABOR *v.* MAHER TERMINALS, INC., ET AL. C. A. 3d Cir. [Certiorari granted, 510 U. S. 1068.] Motion of respondent Greenwich Collieries for reconsideration of order denying motion for divided argument [510 U. S. 1189] denied. Counsel for respondent Greenwich Collieries is designated to present oral argument on behalf of respondents.

No. 93–7034. IN RE ANDERSON. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [510 U. S. 1108] denied.

No. 93–8297. IN RE WASHINGTON. Petition for writ of habeas corpus denied.

No. 93–7999. IN RE SANDERS. Petition for writ of mandamus denied.

No. 92–2038. ASGROW SEED CO. *v.* WINTERBOER ET AL., DBA DEEBEES. C. A. Fed. Cir. Certiorari granted.

No. 93–1170. UNITED STATES ET AL. *v.* NATIONAL TREASURY EMPLOYEES UNION ET AL. C. A. D. C. Cir. Certiorari granted.

No. 93–1318. INTERSTATE COMMERCE COMMISSION *v.* TRANSCON LINES ET AL. C. A. 9th Cir. Certiorari granted.

No. 93–1340. UNITED STATES *v.* MEZZANATTO. C. A. 9th Cir. Certiorari granted.

No. 93–1260. UNITED STATES *v.* LOPEZ. C. A. 5th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 93–959. GERGICK *v.* JOHNSON, ADMINISTRATOR, GENERAL SERVICES ADMINISTRATION, ET AL. C. A. 8th Cir. Certiorari denied.

No. 93–967. ZAPATA GULF MARINE CORP. *v.* CHIASSON. C. A. 5th Cir. Certiorari denied.